## Peter Loulos, Appellant, v. George Chibucos, Appellee.

### Gen. No. 45,303.

Harry E. Kopald, for appellant; Robert L. Phee, for appellee. Opinion by JUSTICE KILEY. **Not to be published in full.** Opinion filed May 9, 1951; released for publication July 5, 1951.